# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

KEVIN DARNELL BRYANT,

V.

SELEAINA ANNE THOMAS, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv1334-WQH(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and for lack of proper venue. Plaintiff's Motion to Proceed In Forma Pauperis and Motion for Appointment of Counsel are denied as moot............................................................................................................................................................

..................................................................................................................................................................

| July 27, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON July 27, 2009

09cv1334-WQH(NLS)